IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. NUNEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEUEL VOCATIONAL INSTITUTION,<br><br>　　　　Defendant.<br>_____ / | No. C 07-02488 SBA (PR)<br><br>**ORDER OF TRANSFER** |

　　　Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at Deuel Vocational Institution, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

　　　IT IS SO ORDERED.

DATED: 5/29/07

　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.07\Nunez2488.transfer.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J NUNEZ, | Case Number: CV07-02488 SBA |
|     Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DEUL VOCATIONAL INSTITUTION et al, | |
|     Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Nunez T-13339
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378-0600

Dated: May 29, 2007

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Nunez2488.transfer.frm  2